**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
FELIX T. CAMACHO,

                          Plaintiff,                  22 **CIVIL** 3854 (JMF)(JLC)

      -v-                                            **<u>JUDGMENT</u>**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 27, 2022, that the Defendant's final decision is reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Commissioner will, inter alia, further evaluate the opinions in the record and nature, severity, and limiting effects of the claimant's mental impairments; accordingly, the case is closed.

**Dated:**  New York, New York
          December 27, 2022

                                                                      **RUBY J. KRAJICK**

                                                                      **Clerk of Court**

                                        **BY:**     *K. Mango*

                                                                      **Deputy Clerk**