UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Felix T. Camacho

                      Plaintiff,                    Civil No.: 1:22-cv-03854-JMF-JLC

                 - against -

Commissioner of Social Security,
                    Defendant.
------------------------------------------------------------X

# **ORDER**

The Court, having considered Plaintiff's Motion for Fees pursuant to 42 U.S.C. § 406(b)(1) and all the supporting documents annexed thereto,

**IT IS ORDERED** that attorney fees in the net amount of $20,072.50, which represents 25% of Plaintiff's retroactive benefits be **GRANTED**.

Entered:  November 3, 2025

_____
Honorable Jesse M. Furman
United States District Judge

By stipulation and order, Plaintiff's counsel was also awarded fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 in the amount of $7,461.56.  ECF No. 31. When an attorney receives fees under both the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and 42 U.S.C. § 406(b), the attorney must refund the smaller fee awarded to the claimant. *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002).  Accordingly, the Court directs Plaintiff's counsel to reimburse fees previously received under the EAJA to Plaintiff.

The Clerk of Court is directed to terminate ECF No. 32.